UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**LILLIAN R. MCCOY,**

Case No: 19-50181
Chapter: 13
Judge: SHEFFERLY

Debtor(s)
_____/

## AFFIDAVIT OF DEBTOR

**NOW COMES LILLIAN R. MCCOY**, the above-captioned Debtor, first being duly sworn deposes and states:

1. I am the Debtor in the present case.

2. I was not required to file City of Detroit taxes for the tax year 2016.

3. I did not live nor work in the city for the tax year 2016.

4. I lived in Westland and worked in Ohio for the entire year in question.

Dated: August 23, 2019

**LILLIAN R. MCCOY**

Tammy Taylor, Notary Public
Oakland County, State of Michigan
My Commission Expires: 7/7/2026
Acting in Wayne County